## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOE BLAKELY, as Personal Representative of the Estate of George Blakely, Jr. deceased, v. TRI-COUNTY FINANCIAL GROUP, INC., doing business as First State Bank of Mendota and FIRST STATE BANK, INC. | FILED: JULY 2, 2008<br>08CV3783<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOE BLAKELY, as Personal Representative of the Estate of George Blakely, Jr., deceased

PH

| | |
|---|---|
| NAME (Type or print)<br>George M. Hoffman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ George M. Hoffman | |
| FIRM<br>Stamos & Trucco LLP | |
| STREET ADDRESS<br>30 W. Monroe Street, Suite 1600 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06180738 | TELEPHONE NUMBER<br>312-630-7979 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |