IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOE BLAKELY, as Personal Representative
of the Estate of George Blakely Jr., deceased,

    Plaintiff,

vs.                                                               No. 08-C-3783

TRI-COUNTY FINANCIAL GROUP, INC.,
doing business as First State Bank of Mendota,       Judge Der-Yeghiayan
and FIRST STATE BANK, INC.

                                                            Magistrate Judge Keyes

    Defendant.

## NOTICE OF MOTION

On **September 9, 2008**, at **9:00 a.m.** or soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Der-Yeghiayan**, or any Judge sitting in his stead, in the courtroom usually occupied by her in **Room 1719** of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Plaintiff's Motion For Extension of Time to File Initial Status Report**, a copy of which is attached.

                                                                /s/George M. Hoffman
                                                                 One of the Attorneys for Plaintiff

James J. Stamos
George M. Hoffman
STAMOS & TRUCCO LLP
One East Wacker
Third Floor
Chicago, Illinois 60601
(312) 630-7979